**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Antoinette R. Byrd fka Antoinette R. Alexander | CHAPTER 13 |
| Debtor(s) | BKY. NO. 21-11248 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2006-FF4, Mortgage Pass Through Certificates, Series 2006-FF4 and index same on the master mailing list.

Respectfully submitted,



Rebecca Solarz
07 Jun 2021, 15:21:20, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: db95c11f9990891a847e6003eb0e8e9a52e0a5f2619f5108a94ba28f6a558414